UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| ANGELO L. DAVIS, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 1:16-cv-00515 |
| v. | (CONNER, C.J.)<br>(SAPORITO, M.J.) |
| PENNSYLVANIA DEPARTMENT<br>OF CORRECTIONS, et al., | |
| Defendants. | |

## ORDER

AND NOW, this  18th  day of May, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion to compel (Doc. 72) is **GRANTED in part and DENIED in part** as described below;

2. The motion is **GRANTED** with respect to **Request No. 5**: Within **twenty-one (21) days** after the date of this Order, the defendants shall furnish the plaintiff with a copy of the transcript of any deposition taken by the defendants in this case on June 30, 2017;

3. The motion is **GRANTED in part and DENIED in part** with respect to **Request No. 12**: Within **twenty-one (21) days** after the date of this Order, the defendants shall produce all documents concerning cell

searches on M-Block of SCI Camp Hill between August 14, 2014, and October 13, 2014, with personal identifiers for any inmates (other than the plaintiff) or prison officials (other than the defendants) redacted; to the extent the defendants believe any further redaction or withholding of responsive documents is justified, they shall serve plaintiff with a "privilege log" specifically designating and describing the withheld or redacted documents as well as the precise and certain reasons for preserving their confidentiality;

4. The motion is **DENIED as MOOT** with respect to **Request No. 6**;

5. The motion is **DENIED** on the merits with respect to **Requests No. 4, 7, 10, 11, and 18**;

6. Within **twenty-one (21) days** after the date of this Order, each of the parties shall provide the others with initial disclosures in accordance with Rule 26(a)(1).

Dated: May __18__, 2018

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge